**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SPARKLES GIFT & PARTY SHOP,
INC., and STOCK YOUR HOME LLC,

     Plaintiffs/Counter-Defendants

-vs-

CONTINENTAL CASUALTY
COMPANY,

     Defendant/Counter-Plaintiff.

Case No: 25-cv-01367

Honorable John F. Kness

**CONTINENTAL CASUALTY COMPANY'S**
**CROSS-MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant/Counter-Plaintiff CONTINENTAL CASUALTY COMPANY ("Continental") by its attorneys, Tressler LLP, hereby cross-moves this Court to enter summary judgment pursuant to Federal Rule of Civil Procedure 56(c) in its favor and against SPARKLES GIFT & PARTY SHOP, INC., and STOCK YOUR HOME LLC, (collectively "Sparkles") and states as follows:

1.     This matter arises out of an insurance coverage dispute relating to an underlying suit styled, *RBG Plastic, LLC d/b/a Restaurantware v. Sparkles Gift & Party Shop, Inc., d/b/a Stock Your Home*, Case No. 24-cv-02155, pending in the Northern District of Illinois ("RGB Action"). The RBG Action seeks damages arising from Sparkles' use of RBG Plastic, LLC's ("RBG") trademark, "RESTURANTWARE" in Sparkles' services and products, and their marketing.

2.      Continental seeks summary judgment on Sparkles' declaratory judgment Complaint and on Continental's Counterclaim for declaratory judgment, seeking a declaration that it owes no duty to defend or indemnify Sparkles in the RBG Action.

3.      Continental submits and incorporates the accompanying memorandum of law and statement of undisputed material facts in support of this Cross-Motion for Summary Judgment.

WHEREFORE, Continental prays that this Honorable Court enters an order granting Continental Casualty Company's Cross-Motion for Summary Judgment, declaring that Continental has no duty to defend or indemnify Sparkles or any other parties from and against the RBG Action, and granting any other relief this Court deems just and proper.


May 23, 2025                                      Respectfully submitted,

                                                 TRESSLER LLP

                                                 */s/ Todd S. Schenk*
                                                 *Attorney for Defendant,*
                                                 *CONTINENTAL CASUALTY COMPANY*


Todd S. Schenk, Esq. (SBN 6230203)
Henry Rodriguez, Esq. (SBN 6350015)
TRESSLER LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL  60606
Tel:      (312) 627-4000
Fax:      (312) 627-1717
tschenk@tresslerllp.com
hrodriguez@tresslerllp.com

2